ORIGINAL

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07.02.08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMSUN LOGIX CORP.,

               Plaintiff,

v.

SMORGON STEEL RECYCLING INC.,

               Defendant.

08 Civ. 5989 (SHS)

**ORDER FOR APPOINTMENT TO SERVE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c)(2) appointing Michael Watson, or any other qualified person appointed by Blank Rome LLP, to serve process of attachment and garnishment and any supplemental process in this matter, and it appearing from the affidavit of Jeremy J.O. Harwood, Esq., that such appointment will result in substantial economies in time and expense,

**NOW**, on motion of Blank Rome LLP, attorneys for Plaintiff, it is

**ORDERED**, that Michael Watson or any other person at least 18 years of age and not a party to this action, appointed by Blank Rome LLP, be and hereby is, appointed to serve Process of Maritime Attachment and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court.

601582.00604/6646500v.1

Dated:    New York, New York
          _____July_____, 2008

                                          SO ORDERED:

                                          _____
                                          U.S.D.J.