UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMSUN LOGIX CORP.,<br><br>                    Plaintiff,<br><br>         v.<br><br>SMORGON STEEL RECYCLING INC.,<br><br>                    Defendant. | 08 Civ. 5989 (SHS)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD.

    Please enter my appearance in accordance with Rule E(8) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims as counsel for Smorgon Steel Recycling Inc.. I certify that I am admitted to practice before this Honorable Court.

Dated:  New York, New York
          August 4, 2008

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                                  Christopher R. Nolan

                                        195 Broadway
                                        New York, New York 10007-3189
                                        (212) 513-3200

                                        *Attorneys for Defendant*
                                        *Smorgon Steel Recycling Inc.*

# 5520210_v1